UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                       CASE NO. 8:17-CR-119-T-17AAS

MARCO ANTONIO MERO-
HERNANDEZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 90       Motion to Reduce Sentence Pursuant to First Step Act of 2018
Dkt. 95       First Step Memorandum
Dkt. 101      Notice
Dkt. 102      Response

Defendant Marco Antonio Mero-Hernandez, <u>pro se</u>, seeks a sentence reduction pursuant to the First Step Act. of 2108.

Defendant Mero-Hernandez entered into a Plea Agreement. (Dkt. 28). Defendant entered a plea of guilty to Count One of the Indictment, charging a conspiracy to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. Secs. 70503(a), 70506(a) and (b), and 21 U.S.C. Sec. 960(b)(1)(B)(ii).

Defendant Mero-Hernandez was sentenced on October 12, 2017 to a term of imprisonment of 168 months, 60 months supervised release; fine waived, and a special assessment of $100. Count 2 was dismissed on the Government's Motion.

1

The First Step Memorandum indicates that Defendant Mero-Hernandez is not eligible for a sentence reduction because the offense of conviction is not a "covered offense"; in other words, the offense of conviction does not involve crack cocaine.

The Federal Defender's Office was appointed to represent Defendant Mero-Hernandez, and has notified Defendant that it will not seek a sentence reduction on behalf of Defendant.

The Government opposes Defendant Mero-Hernandez' Motion, arguing that Section 404 of the First Step Act of 2018, which involves the retroactive application of the Fair Sentencing Act, has no effect of Defendant's judgment and sentence.

After consideration, for the reasons stated above, the Court denies Defendant Marco Antonio Mero-Hernandez' Motion for Reduction of Sentence.

Accordingly, it is

**ORDERED** that pro se Defendant Marco Antonio Mero-Hernandez' Motion for Reduction of Sentence under the First Step Act (Dkt. 90) is **denied.**

Case No. 8:17-CR-119-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of August, 2019.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record

<u>Pro Se</u> Defendant:

Marco Antonio Mero-Hernandez
68500-018
FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P. O. Box 2000
Joint Base M.D.L.
Fort Dix, NJ  08640